Howard C. DAILEY, Appellant,

v.

DEAN MACHINERY COMPANY,
Respondent.

No. WD 48443.

Missouri Court of Appeals,
Western District.

June 7, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 2, 1994.

Phillip S. Smith, Kansas City, for appellant.

Melodie A. Powell, Kansas City, for respondent.

Before HANNA, P.J., and
BRECKENRIDGE and ELLIS, JJ.

### *ORDER*

PER CURIAM:

Appellant–Employee appeals the decision of the Labor and Industrial Relations Commission denying him compensation for a disease which he claims arose out of his employment with the Respondent–Employer, a diesel engine repair shop. The Labor and Industrial Relations Commission concluded that the Appellant's disease was not causally related to his employment with the Respondent.

The decision is affirmed. Rule 84.16(b).